UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                          Case No. 13-CR-135

MARK S. PARKS,

    Defendants.

---

**ORDER GRANTING REQUEST TO ADJOURN SENTENCING** [174]

---

Defendant Mark Parks through his counsel, Brian Mullins, has filed a letter request to postpone his sentencing until after the jury trial of the co-defendants. Counsel indicates that the Court is likely to have a better idea of the underlying facts and be in a better position to resolve the factual disputes concerning sentencing of his client. Counsel for the government does not take a position. Having considered the complexity of the case and the arguments of counsel, the Court concludes that the motion should be granted. The Clerk is instructed to reschedule sentencing to a date after the jury trial currently scheduled for the co-defendants.

**SO ORDERED** this   29th   day of September, 2014.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                        United States District Court